IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-227-MR-DCK

| | |
|---|---|
| WASCO LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| NORTHROP GRUMMAN CORPORATION, CAN HOLDINGS LLC, CHEMTRONICS, INC., WMI II, LLC, MCGREGOR II, LLC, SAMSONITE, LLC, GILDAN USA, INC., DYNA-DIGGR, LLC, BLUE RIDGE INDUSTRIAL SUPPORT CO., and SMOKEY MOUNTAIN PALLET, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by Stephen B. Williamson, concerning Robert D. Fox on September 9, 2020. Robert D. Fox seeks to appear as counsel *pro hac vice* for Defendant, Chemtronics, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. Robert D. Fox is hereby admitted *pro hac vice* to represent Defendant, Chemtronics, Inc.

Signed: September 10, 2020

David C. Keesler
United States Magistrate Judge