# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL ACTION NO.  1:20-CV-227-MR-DCK

| | | |
|---|---|---|
| WASCO LLC, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NORTHROP GRUMMAN CORPORATION, | ) | |
| CAN HOLDINGS LLC,  CHEMTRONICS, | ) | |
| INC.,  WMI II, LLC,  MCGREGOR II, LLC, | ) | |
| SAMSONITE, LLC,  GILDAN USA, INC., | ) | |
| DYNA-DIGGR, LLC,  BLUE RIDGE | ) | |
| INDUSTRIAL SUPPORT CO.,  and | ) | |
| SMOKEY MOUNTAIN PALLET, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) filed by Tikkun A.S. Gottschalk, concerning David M. Meezan on September 10, 2020.  David M. Meezan seeks to appear as counsel *pro hac vice* for Defendant, Northrop Grumman Corporation.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) is **GRANTED**.  David M. Meezan is hereby admitted *pro hac vice* to represent Defendant, Northrop Grumman Corporation.

Signed: September 10, 2020

David C. Keesler
United States Magistrate Judge