IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-227-MR-DCK

| | |
|---|---|
| WASCO LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| NORTHROP GRUMMAN CORPORATION, | ) |
| CAN HOLDINGS LLC, CHEMTRONICS, | ) |
| INC., WMI II, LLC, MCGREGOR II, LLC, | ) |
| SAMSONITE, LLC, GILDAN USA, INC., | ) |
| DYNA-DIGGR, LLC, BLUE RIDGE | ) |
| INDUSTRIAL SUPPORT CO., and | ) |
| SMOKEY MOUNTAIN PALLET, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 49) filed by Amy L. Rickers, concerning Joel E. Antwi on September 25, 2020. Joel E. Antwi seeks to appear as counsel *pro hac vice* for Defendants Samsonite LLC and McGregor II, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 49) is **GRANTED**. Joel E. Antwi is hereby admitted *pro hac vice* to represent Defendants.

Signed: September 25, 2020

David C. Keesler
United States Magistrate Judge