IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00227-MR

| | | |
|---|---|---|
| WASCO LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NORTHROP GRUMMAN CORPORATION, CNA HOLDINGS LLC, CHEMTRONICS, INC., WNI II, LLC, MCGREGOR II, LLC, SAMSONITE LLC, GILDAN USA INC., DYNA-DIGGR LLC, BLUE RIDGE INDUSTRIAL SUPPORT CO. & SMOKEY SMOKEY MOUNTAIN PALLET, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on George Hyler's Motion to Withdraw as Lead Attorney for Defendant Smokey Mountain Pallet, Inc. [Doc. 94] and Stephen Agan's Motion to Withdraw as Attorney for Defendant Smokey Mountain Pallet, Inc. [Doc. 96].

Attorneys George Hyler and Stephen Agan move to withdraw as counsel for the Defendant Smokey Mountain Pallet, Inc. ("Smokey Mountain

Pallet") in this matter. Upon review of the motions, and for good cause shown, the motions will be granted.

As a corporate entity, Defendant Smokey Mountain Pallet may not proceed as an unrepresented party in this matter. See Gilley v. Shoffner, 345 F. Supp. 2d 563, 567 (M.D.N.C. 2004). Within fourteen (14) days, Defendant Smokey Mountain Pallet shall be required to retain new counsel. If counsel does not make an appearance on Defendant Smokey Mountain Pallet's behalf within fourteen (14) days, the Court may direct that an entry of default be made against this Defendant.

**IT IS, THEREFORE, ORDERED** that George Hyler's Motion to Withdraw as Lead Attorney for Defendant Smokey Mountain Pallet, Inc. [Doc. 94] and Stephen Agan's Motion to Withdraw as Attorney for Defendant Smokey Mountain Pallet, Inc. [Doc. 96] are **GRANTED**. The Clerk of Court is respectfully **DIRECTED** to remove George Hyler and Stephen Agan, and the law firm of Hyler & Agan, PLLC as attorneys of record for the Defendant Smokey Mountain Pallet, Inc.

**IT IS FURTHER ORDERED** that, within fourteen (14) days of the entry of this Order, the Defendant Smokey Mountain Pallet shall have counsel make an appearance on its behalf. **Failure to comply with this Order may result in the entry of default being made against this Defendant.**

The Clerk of Court is respectfully **DIRECTED** to mail a copy of this Order to the Defendant Smokey Mountain Pallet, Inc., at its last known address:

726 Aiken Road
Asheville, NC 28804

**IT IS SO ORDERED.**

Signed: October 28, 2021

Martin Reidinger
Chief United States District Judge