# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00227-MR

| | | |
|---|---|---|
| **WASCO LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **NORTHROP GRUMMAN CORPORATION, CNA HOLDINGS LLC, CHEMTRONICS, INC., WNI II, LLC, MCGREGOR II, LLC, SAMSONITE LLC, GILDAN USA INC., DYNA-DIGGR LLC, BLUE RIDGE INDUSTRIAL SUPPORT CO. & SMOKEY SMOKEY MOUNTAIN PALLET, INC.,** | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On October 28, 2021, the Court entered an Order allowing attorneys George Hyler and Stephen Agan to withdraw as counsel for the Defendant Smokey Mountain Pallet, Inc. in this matter. [Doc. 104]. The Court gave the Defendant fourteen (14) days to retain new counsel. [Id.]. The Court specifically warned that failure to comply with this Order may result in the entry of default being made against the Defendant. [Id.].

More than fourteen has passed, and no counsel has made an appearance on behalf of Smokey Mountain Pallet, Inc. Accordingly, the Court will direct the Clerk to enter default against this Defendant.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall enter default against the Defendant Smokey Mountain Pallet, Inc.

The Clerk of Court is respectfully **DIRECTED** to mail a copy of this Order to the Defendant Smokey Mountain Pallet, Inc., at its last known address:

726 Aiken Road
Asheville, NC 28804

**IT IS SO ORDERED.**

Signed: January 3, 2022

Martin Reidinger
Chief United States District Judge