THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00227-MR

| | |
|---|---|
| **WASCO, LLC,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **NORTHROP GRUMMAN** ) <br> **CORPORATION, et al.,** ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Amended Joint Stipulation and Proposed Order Regarding Crossclaims [Doc. 114], which the Court construes as a motion for entry of an Order regarding the Defendants' crossclaims.

The Defendants Northrop Grumman Corporation; CNA Holdings LLC; Chemtronics, Inc.; McGregor II, LLC; Samsonite LLC; Gildan USA Inc.; Dyna-Diggr LLC; and Blue Ridge Industrial Support Co. (collectively, "the Stipulating Defendants") move the Court for the entry of an Order, in accordance with their Joint Stipulation [Doc. 113], allowing them to withhold asserting any crossclaims in this action until all other liability claims against the Stipulating Defendants have been addressed. [Doc. 114].

The Stipulating Defendants' Joint Stipulation is in the nature of a forbearance agreement. It would allow the Stipulating Defendants to withhold asserting crossclaims against each other until the Plaintiff's liability claims have been adjudicated. While the parties are free to stipulate as they wish,[1] the Court declines to enter an Order which would potentially delay the resolution of this matter or jeopardize the finality of any judgment in this case.

**IT IS, THEREFORE, ORDERED** that the Defendants' Amended Joint Stipulation and Proposed Order Regarding Crossclaims [Doc. 114], which the Court construes as a motion for entry of an Order regarding the Defendants' crossclaims, is **DENIED**.

**IT IS SO ORDERED.**

Signed: February 2, 2022

Martin Reidinger
Chief United States District Judge

---

[1] The Defendants are also free to agree to waive any procedural defenses to such crossclaims and to assert such crossclaims in a new action, should the need arise.