IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00227-MR

| | | |
|---|---|---|
| WASCO LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NORTHROP GRUMMAN CORPORATION, CNA HOLDINGS LLC, CHEMTRONICS, INC., WNI II, LLC, MCGREGOR II, LLC, SAMSONITE LLC, GILDAN USA INC., DYNA-DIGGR LLC, BLUE RIDGE INDUSTRIAL SUPPORT CO. & SMOKEY SMOKEY MOUNTAIN PALLET, INC., | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On October 28, 2021, the Court entered an Order allowing attorneys George Hyler and Stephen Agan to withdraw as counsel for the Defendant Smokey Mountain Pallet, Inc. in this matter. [Doc. 104]. The Court gave the Defendant fourteen (14) days to retain new counsel. [Id.]. When no counsel made an appearance on behalf of the Defendant, the Court entered an Order

directing the Clerk to make an entry of default as to this Defendant. [Doc. 120]. An entry of default was made on January 3, 2022. [Doc. 121].

Subsequently, the other parties to this action filed a Stipulation of Dismissal with respect to all the claims and counterclaims asserted by those parties. [Doc. 132]. To date, however, the Plaintiff has taken no further action against the Defendant Smokey Mountain Pallet, Inc.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the Plaintiff shall take further action with respect to the remaining Defendant, Smokey Mountain Pallet, Inc. If the Plaintiff fails to take any further action against this Defendant, the Court will dismiss this Defendant without prejudice without further Order.

**IT IS SO ORDERED.**

Signed: January 3, 2023

Martin Reidinger
Chief United States District Judge